**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Source Search Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Zillow, Inc.,<br><br>Defendant. | Civil Action No. 2:10-cv-02717-FSH-PS |

**SOURCE SEARCH TECHNOLOGIES, LLC'S**
**REPLY TO ZILLOW, INC.'S COUNTERCLAIMS**

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. SST incorporates all of its prior responses as though fully set forth herein.

24. Admit that Zillow seeks a declaratory judgment, but otherwise denied.

25. Denied.

26. Denied.

27. Denied.

28. Admit that Zillow demands a jury trial.

WHEREFORE, SST respectfully requests this Court:

A. Deny all relief requested in the counterclaims, and dismiss them with prejudice;

B. Enter judgment in favor of SST, declaring the asserted claims of the '328 patent to be valid and infringed by Zillow;

C. Award SST its costs and attorneys fees in connection with this action; and

D. Award such other and further relief as the Court deems just and proper.

KAPLAN GILMAN & PERGAMENT LLP
*Attorneys for Plaintiff*
*Source Search Technologies, LLC*
1480 Route 9 North, Suite 204
Woodbridge, NJ 07095
Telephone (732) 636-4500
Facsimile (732) 636-4550

DATED: July 22, 2010 By: ______________________________
Jeffrey I. Kaplan (JK 4706)