UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOURCE SEARCH TECHNOLOGIES, LLC, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : Civil Action No. 10-2717 (FSH) |
| v. | : <br> : |
| ZILLOW, INC., | : <br> : ORDER ON INFORMAL APPLICATION |
| Defendant. | : <br> : |

This matter having come before the Court for a telephone status conference on December 10, 2010;

and the parties advising the Court of the status of discovery and settlement discussions;

and the Court reminding the parties that adjustments to deadlines require court-approval;

and for the reasons discussed during the telephone conference;

IT IS ON THIS 10th day of December, 2010

ORDERED

IT IS FURTHER ORDERED that the plaintiff shall provide its responses to the interrogatories and document demands no later than **December 13, 2010;**

IT IS FURTHER ORDERED that the plaintiff shall provide its responses to document demands no later than **December 17, 2010**;

IT IS FURTHER ORDERED that, no later than **December 17, 2010**, the defendants shall produce their "hit list" for search terms applied to the electronic files of the 11 persons identified in the Rule 26 disclosures;

IT IS FURTHER ORDERED that the defendants shall commence its rolling production of documents no later than **December 30, 2010**, which shall be completed no later than **January 30, 2011.** The parties shall confer to prioritize the production of documents needed for a productive settlement conference on **January 20, 2011 at 10:00 a.m.**; and

IT IS FURTHER ORDERED that all other deadlines shall remain in full force and effect.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**