UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOURCE SEARCH TECHNOLOGIES, LLC, | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 10-2717 (FSH) |
| ZILLOW, INC., | : |
| **Defendant.** | : ORDER ON INFORMAL APPLICATION |

This matter having come before the Court by way of submissions dated January 10, 2011, regarding the search terms to be applied to Zillow's custodians' electronic files;

and the Court having considered the submissions, claims, defenses, and governing law;

and for the reasons set forth in the Opinion delivered on the record on January 12, 2011;

and for good cause shown,

IT IS ON THIS 12th day of January, 2011

ORDERED that, as the parties agreed by the parties, Zillow shall apply the following search terms to its electronically stored information:

(1) market w/2 survey
(2) marketing w/2 plan
(3) market w/2 share
(4) prior w/2 art
(5) source w/2 search
(6) Lendingtree
(7) Tree.com

Documents identified based upon the application of these search terms shall be produced on a rolling basis and the production shall be completed no later than **January 25, 2011**;

IT IS FURTHER ORDERED that Zillow shall apply the following search terms to its electronically stored information using the boolean searches plaintiff proposed:

      (1) terms w/3 use
      (2) tax w/2 due
      (3) forward w/3 looking

Documents identified based upon the application of these search terms shall be produced on a rolling basis and production shall be completed no later than **January 25, 2011**; and

  IT IS FURTHER ORDERED that for all single word search terms that plaintiff proposed, no later than **January 18, 2011**, the plaintiff shall provide a second word to create a boolean search using either the word "and" between the words or a limitation based upon a number of words between the two single terms.  For example, if plaintiff has proposed the single term "quote," it shall now propose a search string including the word "quote" together with a second word that either appears in the document or is within a finite number of words of the word "quote".  The defendants shall apply these revised search terms.  Documents identified based upon the application of these search terms shall be produced on a rolling basis and production shall be completed no later than **February 1, 2011.**


        s/Patty Shwartz
        **UNITED STATES MAGISTRATE JUDGE**