# Kaplan Gilman & Pergament LLP
## Intellectual Property Practitioners

1480 Route 9 North, Suite 204 • Woodbridge, NJ 07095 • Tel: 732.636.4500 • Fax: 732.636.4550 • www.kgplaw.com

JEFFREY I. KAPLAN, PARTNER
NJ AND NY BARS, REG. PATENT ATTORNEY
jkaplan@kgplaw.com

January 13, 2011

**VIA ECF**
The Honorable Patty Shwartz, U.S.M.J.
United States District Court for the
District Court of New Jersey
50 Walnut Street
Newark, NJ  07101-0419

> Re:  Source Search Technologies, LLC v. Zillow, Inc.
>      Civil Action No. 2:10-cv-02717-FSH-PS

Dear Judge Shwartz:

We represent plaintiff Source Search Technologies, LLC ("SST"), and are in receipt of the Court's Order of today disposing of the parties' discovery dispute.

Toward the bottom of the first page of Ex. B to the parties' joint submission putting that dispute before the Court, SST's suggested search term "Agreement AND (Bank or Lender)" is listed.  Ex. C includes Zillow's modified and narrower version of that same term.

From our review of this Court's Order, it does not appear the dispute surrounding this term has been adjudicated, as it does not appear this term falls into any of the three categories in this Court's Order of today.   We respectfully request clarification of the Court's intended directive in this regard.

> Respectfully submitted,
> KAPLAN GILMAN & PERGAMENT LLP
>
> *[signature]*
>
> Jeffrey I. Kaplan

JIK/pa
c:  Counsel of record (via ECF)