UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOURCE SEARCH TECHNOLOGIES, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-2717 (FSH) |
| ZILLOW, INC., | : |
| Defendant. | : ORDER ON INFORMAL APPLICATION |

This matter having come before the Court by way of letter dated January 13, 2011, regarding the plaintiff's request for clarification regarding how to address the search string "Agreement and (bank or lender)";

and said search string, when applied, would result in the type of search contemplated by the third decretal paragraph of the January 12, 2011 Order as it would be the same as a search string "Agreement and Bank" and "Agreement and Lender";

and therefore no clarification being need;

IT IS THEREFORE ON THIS 14th day of January, 2011

ORDERED that the plaintiff's request for clarification of the January 12, 2011 Order is denied.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**